# UNITED STATES DISTRICT COURT
for the

RECEIVED

MAY 17 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Deon Goldsmith )
*Plaintiff/Petitioner* )
)
v. )  Civil Action No.
Simmon's Pet Food )
*Defendant/Respondent* )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: Simmon's pet food 501 Seippel RD Dubuque IA 52002

My gross pay or wages are: $ 922.32 , and my take-home pay or wages are: $ 469.96 per

*(specify pay period)* Weekly .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ *2.26*

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Rent 1,500 Car note 315 gas 100 lights 100 gas for Car 70 a week

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

J. S — 300 Child

A. T — 300 Child

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

315 Car note to Green State Credit Union

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5-15-2024

_____ Deon Goldsmith _____
Applicant's signature

_____ Deon Goldsmith _____
Printed name

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

Deon Goldsmith
2058 White st
Dubuque IA
52001



5-15
a

CEDAR RAPIDS IA 522

15 MAY 2024 PM 1 L

U.S District Court

111 Seventh Avenue SE Box 12

Cedar Rapids IA 52401

XRAYED US MARSHALS SERVICE

52401-210312